UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06030-RGK | Date | January 23, 2024 |
|---|---|---|---|
| Title | *Monica Rodriguez v. United States of America* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: Lack of Opposition to Petitioner's Motion

On July 19, 2023, Monica Rodriguez ("Petitioner"), an incarcerated individual proceeding pro se, filed a Motion seeking to vacate, set aside, or correct her prison sentence pursuant to 28 U.S.C. § 2255. (ECF No.1.) Petitioner argued ineffective assistance of counsel by Patrick McLaughlin, the lawyer who represented her in the underlying criminal matter. The United States Attorney's Office (the "USAO") has indicated that it plans to oppose the Motion.

On August 29, 2023, the Court issued an Order stating that Petitioner had waived attorney client privilege by filing the Motion. (ECF No. 9.) The Court ordered the USAO to propound interrogatories upon McLaughlin by September 8, 2023. McLaughlin, in turn, was ordered to provide either (1) notice that Petitioner had withdrawn the Motion or (2) written responses to the interrogatories by November 3, 2023. Although the USAO timely served its interrogatories, McLaughlin did not timely respond. On November 15, 2023, nearly two weeks after the interrogatory response deadline, the USAO requested a continuance.

The Court granted the request, and on November 21, 2023, the Court set the following deadlines: McLaughlin was ordered to respond to the interrogatories by December 15, 2023, and the USAO was ordered to file any opposition by January 12, 2024. (ECF No. 12.) These deadlines passed with no additional filings, leaving the Motion unopposed. Accordingly, the Court **ORDERS** the USAO to **show cause in writing** why the Court should not rule on the Motion without additional briefing. This response shall be filed within **two days** of this Order's issuance and shall not exceed **five pages**.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | JRE/ak |